Rodríguez et al, Recurrentes, *v.* El Registrador de San Juan, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan, Sección Primera, sobre negativa de inscripción de escritura.

No. 525.—Resuelto en mayo 16, 1922 por los fundamentos del caso No. 524, *Rodríguez* v. *Registrador de San Juan,* de mayo 16, 1922.

Abogado del recurrente: *Sr. E. Campillo.*

El registrador recurrido compareció por escrito.

*Confirmada la nota.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey, Hutchison y Franco Soto.